# United States District Court
## Northern District of Illinois
### Eastern Division

Innovativate                          **JUDGMENT IN A CIVIL CASE**

        v.                                          Case Number: 12 C 7930

Kolodzie

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion for default judgment is granted. Judgment is entered in favor of plaintiff and against defendants Tadeusz Kolodzie and DK Café, Inc., jointly and severally, in the amount of $13,990.25.

Thomas G. Bruton, Clerk of Court

Date: 12/10/2012                            _____
                                                             /s/ Olga Rouse, Deputy Clerk